# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0957
L.T. Case No. 2013-CF-338-A

_____

RAYTAURUS ARMSTRONG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County,
London M. Kite, Judge.

Raytaurus Armstrong, Madison, pro se.

No Appearance for Appellee.

October 4, 2024

PER CURIAM.

    Appellant sought relief pursuant to Florida Rule of Criminal Procedure 3.800(a). Appellant appealed the trial court's summary dismissal of his 3.800 motion as successive. We reverse and remand with instructions for the postconviction court to either attach to its order Appellant's three prior motions and their accompanying orders pursuant to Florida Rule of Criminal Procedure 3.800(a)(2), or to review and address the merits of the motion. Our reversal should not be construed or interpreted by the postconviction court as indicating that we have determined, on the

merits, that Armstrong is entitled to relief on his motion. *See Jones v. State*, 198 So. 3d 920, 921 (Fla. 5th DCA 2016).

REVERSED and REMANDED with instructions.

EDWARDS, C.J., and KILBANE and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————